DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar. No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-AB1, | Case No.: 2:16-cv-00549-APG-NJK |
| Plaintiff, | **STIPULATION TO EXTEND SUPPLEMENTAL BRIEFING DEADLINES [ECF. NO. 66]** |
| vs. | |
| TERRA BELLA OWNERS ASSOCIATION INC.; MIDNIGHT RAMBLER TRUST; SATICOY BAY LLC, SERIES 7524 MIDNIGHT RAMBLER TRUST; and HAMPTON & HAMPTON COLLECTIONS, LLC, | **(SECOND REQUEST)** |
| Defendants. | **ORDER** |
| SATICOY BAY LLC SERIES 7524 MIDNIGHT RAMBLER TRUST, | |
| Counterclaimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-AB1, | |
| Counter-defendants. | |

51326530;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1 (**BoNYM**), defendant Terra Bella Owners Association, Inc., defendant Midnight Rambler Trust, and defendant and counterclaimant Saticoy Bay LLC Series 7524 Midnight Rambler Trust submit the following stipulation to allow the parties fourteen additional days to file supplemental briefing pursuant to the court's December 4, 2019 order, ECF No. 62.

The court entered an order allowing the parties to file supplemental briefing addressing the issue of whether BoNYM had actual notice of the 2012 foreclosure notices by December 16, 2019, with replies due no later than December 23, 2019. (ECF No. 62 at 3.) The court then extended these deadlines to January 15, 2020, and January 22, 2020, to allow the parties additional time to investigate the actual notice issue and prepare their supplemental briefing. (ECF No. 66 at 2.) The parties stipulate to further extending the parties' supplemental briefing deadline by fourteen days, to **January 29, 2020**, with replies due **February 5, 2020**. The additional time will allow BoNYM to continue its investigation into what notices it received, if any, related to Terra Bella's foreclosure and allow the parties additional time to prepare their supplemental briefing.

///
///
///
///
///
///
///
///
///
///
///
///
///

51326530;1

This is the second request to extend the parties' supplemental briefing deadline.  This stipulation is not made to cause delay or prejudice to any party.

DATED: January 13, 2020.

**AKERMAN LLP**

*/s/ Nicholas E. Belay, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar. No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1*

**LIPSON NEILSON P.C.**

*/s/ David T. Ochoa, Esq.*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys defendant Terra Bella Owners Association, Inc.*

**LAW OFFICES OF MICHAEL F. BOHN**

*/s/ Adam R. Trippiedi, Esq.*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for defendant Midnight Rambler Trust and defendant and counterclaimant Saticoy Bay LLC Series 7524 Midnight Rambler Trust*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2020.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

51326530;1