DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar. No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-AB1, <br><br> Plaintiff, <br><br> vs. <br><br> TERRA BELLA OWNERS ASSOCIATION INC.; MIDNIGHT RAMBLER TRUST; SATICOY BAY LLC, SERIES 7524 MIDNIGHT RAMBLER TRUST; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. <br><br> SATICOY BAY LLC SERIES 7524 MIDNIGHT RAMBLER TRUST, <br><br> Counterclaimant, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-AB1, <br><br> Counter-defendants. | Case No.:    2:16-cv-00549-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** <br><br> **(FIRST REQUEST)** |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

52852680;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1 (**BoNYM**), defendant Terra Bella Owners Association, Inc., defendant Midnight Rambler Trust, and defendant and counterclaimant Saticoy Bay LLC Series 7524 Midnight Rambler Trust stipulate and request the court extend the deadline to file the joint pretrial order by thirty days, to **May 29, 2020**.

The court entered an order denying BoNYM, Midnight Rambler and Saticoy Bay's summary judgment motions, and denying Terra Bella's summary judgment motion in part, on March 30, 2020. The joint pretrial order is therefore due April 29, 2020.  The parties are working on a draft but require additional time to complete their respective portions and confirm possible trial dates with their clients, particularly given travel restrictions in place related to the current pandemic.  The extension will also afford the parties additional time to continue exploring the potential for settlement.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

52852680;1

1    This is the parties' first request to extend the joint pretrial order deadline.  This request is not

2    made to cause delay or prejudice any party.

3    DATED: April 29, 2020.

4    **AKERMAN LLP**                              **LAW OFFICES OF MICHAEL F. BOHN**

5     */s/ Nicholas E. Belay, Esq.*                   */s/ Nikoll Nikci, Esq.*
     DARREN T. BRENNER, ESQ.                     MICHAEL F. BOHN, ESQ.
6    Nevada Bar No. 8386                          Nevada Bar No. 1641
     NICHOLAS E. BELAY, ESQ.                      NIKOLL NIKCI, ESQ.
7    Nevada Bar. No. 15175                        Nevada Bar No. 10699
     1635 Village Center Circle, Suite 200        2260 Corporate Circle, Suite 480
8    Las Vegas, Nevada 89134                      Henderson, Nevada 89074

9    *Attorneys for plaintiff and counter-defendant The*    *Attorneys for defendant Midnight Rambler Trust*
     *Bank of New York Mellon f/k/a The Bank of New*        *and defendant and counterclaimant Saticoy Bay*
10   *York as Trustee for the Certificateholders of*        *LLC Series 7524 Midnight Rambler Trust*
     *CWABS, Inc., Asset Backed Certificates, Series*
11   *2004-AB1*

12
     **LIPSON NEILSON P.C.**
13
      */s/ David T. Ochoa, Esq.*
14   KALEB D. ANDERSON, ESQ.
     Nevada Bar No. 7582
15   DAVID T. OCHOA, ESQ.
     Nevada Bar No. 10414
16   9900 Covington Cross Drive, Suite 120
     Las Vegas, Nevada 89144
17
     *Attorneys defendant Terra Bella Owners*
18   *Association, Inc.*

19

20                              **ORDER**

21

22           **IT IS SO ORDERED.**

23

24   _____
                                      United States Magistrate Judge
25
     DATED: April 30, 2020
26

27

28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

52852680;1