1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NICHOLAS E. BELAY, ESQ.
   Nevada Bar. No. 15175
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:  darren.brenner@akerman.com
6  Email:  nicholas.belay@akerman.com

7  *Attorneys for plaintiff and counter-defendant*
   *The Bank of New York Mellon f/k/a The*
8  *Bank of New York as Trustee for the*
   *Certificateholders of CWABS, Inc., Asset*
9  *Backed Certificates, Series 2004-AB1*

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12  THE BANK OF NEW YORK MELLON FKA          Case No.:     2:16-cv-00549-APG-NJK
    THE BANK OF NEW YORK AS TRUSTEE
13  FOR THE CERTIFICATEHOLDERS OF            **STIPULATION AND ORDER TO EXTEND**
    CWABS, INC., ASSET BACKED                **DEADLINE TO FILE JOINT PRETRIAL**
14  CERTIFICATES, SERIES 2004-AB1,           **ORDER**

15                         Plaintiff,        **(SECOND REQUEST)**

16  vs.

17  TERRA BELLA OWNERS ASSOCIATION
    INC.;   MIDNIGHT   RAMBLER   TRUST;
18  SATICOY   BAY   LLC,   SERIES   7524
    MIDNIGHT   RAMBLER   TRUST;   and
19  HAMPTON  &  HAMPTON  COLLECTIONS,
    LLC,

20                         Defendants.

21  SATICOY    BAY    LLC    SERIES    7524
    MIDNIGHT RAMBLER TRUST,
22
                           Counterclaimant,
23  vs.

24  THE BANK OF NEW YORK MELLON FKA
    THE BANK OF NEW YORK AS TRUSTEE
25  FOR   THE   CERTIFICATEHOLDERS   OF
    CWABS,       INC.,       ASSET-BACKED
26  CERTIFICATES, SERIES 2004-AB1,

27                         Counter-defendants.

28

1

53281889;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1 (**BoNYM**), defendant Terra Bella Owners Association, Inc., defendant Midnight Rambler Trust, and defendant and counterclaimant Saticoy Bay LLC Series 7524 Midnight Rambler Trust stipulate and request the court extend the deadline to file the joint pretrial order by an additional fourteen days, to **June 12, 2020**.

The court entered an order denying BoNYM, Midnight Rambler and Saticoy Bay's summary judgment motions, and denying Terra Bella's summary judgment motion in part, on March 30, 2020. The joint pretrial order is due today.  The parties are working on finalizing a draft but are also continuing to explore the possibility for settlement.  The extension will afford the parties additional time to complete their respective portions and possibly resolve this case.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

53281889;1

2

1        This is the parties' second request to extend the joint pretrial order deadline.  This request is

2    not made to cause delay or prejudice any party.

3        DATED: May 29, 2020

4    **AKERMAN LLP**                       **LAW OFFICES OF MICHAEL F. BOHN**

5     */s/ Nicholas E. Belay, Esq.*            */s/ Nikoll Nikci, Esq.*
    DARREN T. BRENNER, ESQ.         MICHAEL F. BOHN, ESQ.

6    Nevada Bar No. 8386                 Nevada Bar No. 1641
    NICHOLAS E. BELAY, ESQ.          NIKOLL NIKCI, ESQ.

7    Nevada Bar. No. 15175                Nevada Bar No. 10699
    1635 Village Center Circle, Suite 200   2260 Corporate Circle, Suite 480

8    Las Vegas, Nevada 89134             Henderson, Nevada 89074

9    *Attorneys for plaintiff and counter-defendant The*   *Attorneys for defendant Midnight Rambler Trust*
    *Bank of New York Mellon f/k/a The Bank of New*    *and defendant and counterclaimant Saticoy Bay*

10   *York as Trustee for the Certificateholders of*      *LLC Series 7524 Midnight Rambler Trust*
    *CWABS, Inc., Asset Backed Certificates, Series*
    *2004-AB1*

11

12   **LIPSON NEILSON P.C.**

13    */s/ David T. Ochoa, Esq.*

14   KALEB D. ANDERSON, ESQ.
    Nevada Bar No. 7582

15   DAVID T. OCHOA, ESQ.
    Nevada Bar No. 10414

16   9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

17

18   *Attorneys defendant Terra Bella Owners*
    *Association, Inc.*

19

20                         **ORDER**

21       **IT IS SO ORDERED.**

22

23

24   _____
              United States Magistrate Judge

25

26       DATED: _____ June 1, 2020

27

28

53281889;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572