UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br>　　Plaintiff(s),<br>v.<br>TERRA BELLA OWNERS ASSOCIATION, INC., et al.,<br>　　Defendant(s). | Case No.: 2:16-cv-00549-APG-NJK<br>**Order**<br>[Docket No. 85] |

Pending before the Court is Defendant Saticoy Bay's motion to reopen the discovery period. Docket No. 85. The motion includes no citation to any legal authority of any kind and, therefore, is DENIED without prejudice. *See* Local Rule 7-2(d). Any renewed motion must provide legal citation and must also provide meaningful discussion addressing the standards governing requests to revive an expired deadline. *See* Local Rule 26-3.

IT IS SO ORDERED.

Dated: June 12, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1