ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Defendants / Counterclaimants
Saticoy Bay LLC Series 7524 Midnight Rambler Street
and Defendant Midnight Rambler Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-ABI, <br><br>Plaintiff, <br><br>vs. <br><br>TERRA BELLA OWNERS ASSOCIATION, INC.; MIDNIGHT RAMBLER TRUST; SATICOY BAY LLC, SERIES 7524 MIDNIGHT RAMBLER STREET; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br>                Defendants. <br><br>AND ALL RELATED COUNTERCLAIMS AND CROSS CLAIMS | CASE NO.: 2:16-cv-00549-APG-NJK |

1

## MOTION TO SUBSTITUTE ATTORNEYS

COMES NOW, Defendants/counterclaimants, Saticoy Bay LLC Series 7524 Midnight Rambler Street, a Nevada limited liability company, and Midnight Rambler Trust, and hereby stipulates to substitute counsel as follows:

ROGER P. CROTEAU & ASSOCIATES, LTD., is hereby substituted as attorneys for Defendants/counterclaimants, Saticoy Bay LLC Series 7524 Midnight Rambler Street, established under SATICOY BAY LLC, a Nevada limited liability company managed by BAY HARBOR TRUST, a trust of unknown origins, EDDIE HADDAD as authorized agent of the Trustee, and Midnight Rambler Trust, a trust of unknown origins, EDDIE HADDAD as trustee, in the above entitled action, in the place and stead of LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

Dated this 20th day of July, 2020.

_____
Saticoy Bay LLC Series 7524 Midnight Rambler Street, established under SATICOY BAY, LLC, Midnight Rambler Trust
BY: EDDIE HADDAD, authorized agent of BAY HARBOR TRUST, as Trustee, and as trustee of Midnight Rambler Trust

I hereby consent to the above and foregoing substitution.

Dated this 20th day of July, 2020.
LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD
/s/ Michael F. Bohn
MICHAEL F. BOHN, ESQ.
Nevada State Bar No. 1641
NIKOLL NIKCI
Nevada State Bar No. 10699
ADAM R. TRIPPIEDI, ESQ.
Nevada State Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
Tel: (702) 642-3113

2

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

I hereby accept the above and foregoing substitution as attorney for Defendants, Saticoy Bay LLC Series 7524 Midnight Rambler Street, established under SATICOY BAY LLC, a Nevada limited liability company managed by BAY HARBOR TRUST, a trust of unknown origins, EDDIE HADDAD as authorized agent of the Trustee, and Midnight Rambler Trust, a trust of unknown origins, EDDIE HADDAD as trustee, in the above entitled action.

Dated this 20th day of July, 2020.

ROGER P. CROTEAU & ASSOCIATES, LTD.

*/s/ Christopher L. Benner*

ROGER P. CROTEAU, ESQ.
Nevada State Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
2810 West Charleston Blvd., Ste. 75
Las Vegas, Nevada 89102
Tel: (702) 254-7775
Attorneys for Defendants/counterclaimant Saticoy Bay LLC Series 7524 Midnight Rambler Street; Midnight Rambler Trust

Counsel hereby acknowledges Local Rule IA 11-6(b), which provides that no attorney may withdraw after appearing in this case except by leave of court after notice is served on the affected client and opposing counsel. Local Rule IA 11-6(c) specifies the manner in which a stipulation to substitute attorneys shall be presented and provides that the attorneys' stipulation to substitute "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or any court order." Subparagraphs (d) and (e) explicitly provide that discharge, withdrawal, or substitution of an attorney shall not alone be reason for delay of pretrial proceedings, discovery, or trial, and that except for good cause shown, no withdrawals will be approved if delay would result.

**IT IS SO ORDERED.**

Dated: July 22, 2020

By: _____

UNITED STATES MAGISTRATE JUDGE

4