MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar. No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-AB1,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA BELLA OWNERS ASSOCIATION INC.; MIDNIGHT RAMBLER TRUST; SATICOY BAY LLC, SERIES 7524 MIDNIGHT RAMBLER TRUST; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.:     2:16-cv-00549-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS BETWEEN THE BANK OF NEW YORK MELLON AND TERRA BELLA OWNERS ASSOCIATION, INC.** |
| SATICOY BAY LLC SERIES 7524 MIDNIGHT RAMBLER TRUST,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-AB1,<br><br>Counter-defendants. | |

1

54824243;1

Plaintiff and counter defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1 (**BoNYM**) and defendant Terra Bella Owners Association, Inc. stipulate to dismiss all claims between them with prejudice, with each party to bear its own attorneys' fees and costs. This stipulation does not affect BoNYM's claims against defendant Midnight Rambler Trust or defendant and counterclaimant Saticoy Bay LLC Series 7524 Midnight Rambler Trust.

DATED: September 28, 2020.

| AKERMAN LLP | LIPSON NEILSON P.C. |
|---|---|
| */s/ Nicholas E. Belay, Esq.* | */s/ David T. Ochoa, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar. No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>DAVID T. OCHOA, ESQ.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| *Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1* | *Attorneys for defendant Terra Bella Owners Association, Inc.* |

**IT IS SO ORDERED**.

**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-00549-APG-NJK

DATED: September 29, 2020

2

54824243;1