MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar. No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-AB1,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA BELLA OWNERS ASSOCIATION INC.; MIDNIGHT RAMBLER TRUST; SATICOY BAY LLC, SERIES 7524 MIDNIGHT RAMBLER TRUST; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.:    2:16-cv-00549-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ALL REMAINING CLAIMS** |
| SATICOY BAY LLC SERIES 7524 MIDNIGHT RAMBLER TRUST,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-AB1,<br><br>Counter-defendants. | |

55048695;1

Plaintiff and counter defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1 (**BoNYM**), defendant Midnight Rambler Trust and defendant and counterclaimant Saticoy Bay, LLC Series 7524 Midnight Rambler Trust stipulate to dismiss all remaining claims in this action with prejudice, each party to bear its own attorneys' fees and costs.[1]

DATED: October 16, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Nicholas E. Belay, Esq.* | */s/ Christopher L. Benner, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar. No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 West Charleston Blvd., Suite 75<br>Las Vegas, Nevada 89102 |
| *Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2004-AB1* | *Attorneys for defendants Saticoy Bay LLC Series 7524 Midnight Rambler Street; Midnight Rambler Trust* |

**ORDER**

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-00549-APG-NJK

DATED:   October 19, 2020

---

[1] BoNYM has pending claims against defendant Hampton & Hampton Collections, LLC as well and seeks to dismiss those claims with prejudice through this stipulation. Hampton filed a "notice of intent not to participate" in this action, advising the court of its "intent to no longer participate in this action and . . . that [it] is aware that default judgments may be entered." (ECF No. 107 at 1-2.)

2

55048695;1